AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Michael Anthony Gilliland

**V.**  **JUDGMENT IN A CIVIL CASE**

Dennis Smith

**CASE NUMBER:** 07CV1650 WQH (RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Petition for Writ of Habeas Corpus is dismissed without prejudice for lack of jurisdiction. Petitioner may re-file the Petition for Writ of Habeas Corpus in the United States District Court for the Eastern District of California.

| August 23, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON August 23, 2007

07CV1650 WQH (RBB)

Dockets.Justia.com