# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Michael Anthony Gilliland

V.	**JUDGMENT IN A CIVIL CASE**

Dennis Smith

CASE NUMBER:	07CV1650 WQH (RBB)

☐	**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒	**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Petition for Writ of Habeas Corpus is dismissed without prejudice for lack of jurisdiction. Petitioner may re-file the Petition for Writ of Habeas Corpus in the United States District Court for the Eastern District of California.

| August 23, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON August 23, 2007

07CV1650 WQH (RBB)